# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

DAVID M. ELSEA, et al.,                    )
                                           )
       Plaintiffs,                  )
                                           )
v.                                         )        Civ. No. 16-00220-CV-W-SRB
                                           )
U.S. ENGINEERING CO., et al.,              )
                                           )
       Defendants.                  )


    **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that

     Plaintiffs' Motion for Remand to State Court (Doc. #7) is GRANTED.   This case is remanded to the Circuit Court of Jackson County, Missouri.


May 10, 2016                          Paige Wymore-Wynn
Date                                  Acting Clerk of Court

                                      /s/ Tracy L. Diefenbach
                                      (by) Deputy Clerk